**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOSEPH VERRIER,**

**Plaintiff,**

**v.** **Case No. 4:25-cv-273-TKW-MAF**

**MELANIE WEAVER, et al.,**

**Defendants.**
______________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 40) and Plaintiff's objection, which was styled as a "Response to Magistrates Report" (Doc. 41).[1] Based on the Court's de novo review of the issues raised in the objection, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction.

Based on that conclusion, the Court need not consider the magistrate judge's alternative rulings that the operative complaint fails to state a plausible claim for relief and that any claims for damages are barred by the Eleventh Amendment.

[1] The objections were timely filed on August 13, 2026. Thus, Plaintiff's "Motion to Extend Deadline to File Response to Magistrate Report" (Doc. 42) will be denied as moot.

However, for sake of completeness, the Court also agrees with the magistrate judge's rulings on those issues. Moreover, if Plaintiff does not like the conditions of supervision that he is subject to in Florida (including the no-Internet condition that he requested to get Florida to accept his supervision), he can presumably transfer his supervision back to Wisconsin.

Accordingly, it is **ORDERED** that:

1. Plaintiff's "Motion to Extend Deadline to File Response to Magistrate Report" (Doc. 42) is **DENIED as moot**, and the "Response to Magistrates Report (Doc. 41) is accepted as Plaintiff's timely objection to the R&R under Fed. R. Civ. P. 72(b)(2).

2. The R&R is adopted and incorporated by reference into this Order.

3. Defendants' motion to dismiss (Doc. 34) is **GRANTED**, and this case is **DISMISSED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**